UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA          :     Honorable Stanley R. Chesler

           v.          :     11 Cr. 277

MICHAEL F. DURANTE, et al.        :     CONTINUANCE ORDER

This matter having been opened to the Court by defendant **MARIANNA COLUCCI** ( ___Michael Pedicini___ , Esq., appearing), and Paul J. Fishman, United States Attorney for the District of New Jersey (Anthony J. Mahajan, Assistant U.S. Attorney, appearing) for an order granting a continuance of the proceedings in the above-captioned matter for 90 days, and the defendant being aware that he/she has the right to have the matter tried within seventy days of the filing date of the Indictment, pursuant to Title 18 of the United States Code, Section 3161(c), and the defendant having waived such right, and for good and sufficient cause shown,

      IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

      1.  Plea negotiations are in progress.  The successful completion of such negotiations may render trial of this matter unnecessary.

      2.  Defendant has consented to the aforementioned continuance.

      3.  Pursuant to Title 18 of the United States Code, Section 3161(h)(8), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

      WHEREFORE, it is on this _23_ day of _May_ 2011,

      ORDERED that the proceedings in the above-captioned matter are continued from May 2,

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA              :    Honorable Stanley R. Chesler

            v.                        :    11 Cr. 277

MICHAEL F. DURANTE, et al.            :    CONTINUANCE ORDER

This matter having been opened to the Court by defendant _MELVIN  FERNANDEZ_

(_ARTHUR  J.  ABRAMS_____. Esq., appearing), and Paul J. Fishman, United

States Attorney for the District of New Jersey (Anthony J. Mahajan, Assistant U.S. Attorney,

appearing) for an order granting a continuance of the proceedings in the above-captioned matter for

90 days, and the defendant being aware that he/she has the right to have the matter tried within

seventy days of the filing date of the Indictment, pursuant to Title 18 of the United States Code,

Section 3161(c), and the defendant having waived such right, and for good and sufficient cause

shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the

following reasons:

1. Plea negotiations are in progress. The successful completion of such negotiations may

render trial of this matter unnecessary.

2. Defendant has consented to the aforementioned continuance.

3. Pursuant to Title 18 of the United States Code, Section 3161(h)(8), the ends of justice

served by granting the continuance outweigh the best interests of the public and the defendant in a

speedy trial.

WHEREFORE, it is on this              day of                  2011,

ORDERED that the proceedings in the above-captioned matter are continued from May 2,

2011 through August 2, 2011;

IT IS FURTHER ORDERED that the period between May 2, 2011 through August 2,

2011, shall be excludable in computing time under the Speedy Trial Act of 1974;

IT IS FURTHER ORDERED that if defendants intend to file motions, their motions shall

be filed on _6/24/2011_____ ;

IT IS FURTHER ORDERED that any opposition by the Government to defendants'

motions shall be filed on _7/5/2011___ ;

IT IS FURTHER ORDERED that any reply by the defendants to the Government's

opposition shall be filed on _7/11/2011_ ; Hearing 7/18/2011 @ 10:00 .

IT IS FURTHER ORDERED that the trial in this matter will commence on

8/2/2011 @ 10:00 Am

_____
HONORABLE STANLEY R. CHESLER
United States District Judge

Requested and Agreed to by:

_____
Michael Pedicini , Esq.

_____
Anthony J. Mahajan, AUSA

2

2011 through August 2, 2011;

    IT IS FURTHER ORDERED that the period between May 2, 2011 through August 2,

2011, shall be excludable in computing time under the Speedy Trial Act of 1974;

    IT IS FURTHER ORDERED that if defendants intend to file motions, their motions shall

be filed on _____;

    IT IS FURTHER ORDERED that any opposition by the Government to defendants'

motions shall be filed on _____;

    IT IS FURTHER ORDERED that any reply by the defendants to the Government's

opposition shall be filed on _____;

    IT IS FURTHER ORDERED that the trial in this matter will commence on

_____.


                                        _____
                                        HONORABLE STANLEY R. CHESLER
                                        United States District Judge

Requested and Agreed to by:

_____
ARTHUR T. ABRAMS, Esq.

_____
Anthony J. Mahajan, AUSA

2